The People of the State of Colorado, Plaintiff-Appellee, v. Matthew David Rector, Defendant-Appellant. No. 19CA2338
Court of Appeals of Colorado, Fifth Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 19CR313 Honorable Randall
 C. Arp, Judge
 
 
 
 OPINION
 
 
 
 RICHMAN, JUDGE
 
 
 JUDGMENT
 AFFIRMED IN PART, REVERSED IN PART, AND CASE REMANDED WITH
 DIRECTIONS
 
 
 Harris
 and Gomez, JJ ., concur.
 
 
 1